# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>TYWONE HASKINS<br><br>**Defendant(s)** | )<br>)<br>) Case No.   5:26-MJ-40 (ML)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of January 13, 2026 in the county of Onondaga in the Northern District of New York the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C., §§ 841(a)(1) and (b)(1)(B). | Distribution and Possession with Intent to Distribute a Controlled Substance. |

This criminal complaint is based on these facts:
See Attached Affidavit

☒    Continued on the attached sheet.

*Richard R Gardinier 5999*
Complainant's signature

Richard Gardinier, ATF Special Agent
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   February 24, 2026

*Miroslav Lovric*
Judge's signature

City and State:   Binghamton, New York      Hon. Miroslav Lovric, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Richard Gardinier, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.  I make this affidavit in support of a criminal complaint charging Tywone HASKINS with violating Title 21, United States Code, Sections 841(a)(1).

2.  I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since January 2, 2017. I have attended the Federal Law Enforcement Training Center (FLETC), located in Glynco, Georgia, where in I was enrolled in, and successfully completed, both Criminal Investigator Training Program (CITP) and Special Agent Basic Training (SABT). During the course of my training, I received instruction on physical surveillance, interviewing sources of information and defendants, reviewing telephone and financial records, applying for and serving search warrants, firearms trafficking, etc.

3.  Prior to my time with ATF, I was employed by the United States Secret Service, Uniformed Division (USSS/UD) for four years. I was enrolled in and successfully completed the Uniformed Police Training Program (UPTP) at FLETC, as well as New Officer Training with the USSS/UD, located in Beltsville, Maryland.

4.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

5.  Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe Tywone HASKINS has violated Title 21, United States

1

Code, Sections 841(a)(1) and (b)(1)(B) (distribution and possession with intent to distribute a controlled substance).

## FACTS ESTABLISHING PROBABLE CAUSE

6. On or about January 13, 2026, HASKINS sold an individual hereafter referred to as Individual A, a quantity of methamphetamine. HASKINS agreed, via phone call to make the sale, and directed Individual A to a location in the City of Syracuse. ATF agents provided Individual A with government funds and recording devices.

7. At the buy location, HASKINS met with Individual A. HASKINS sold Individual A multiple clear baggies filled with an opaque, glass-like substance purported to be methamphetamine. A field test was conducted, yielding a positive result for the presence of methamphetamine. The weight of the methamphetamine, including packaging, was over 400 grams. The methamphetamine is pending laboratory testing.

8. Based on the information described above, there is probable cause to believe that Tywone HASKINS has violated Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) (distribution and possession with intent to distribute a controlled substance). I respectfully request the Court authorize the filing of this complaint and issue an arrest warrant so that the defendant may be arrested and brought to court for further proceedings in accordance with the law.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

*Richard R Gardinier 5999*
Richard Gardinier
ATF Special Agent

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by video conference on February __24__, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

*Miroslav Lovric*
Hon. Miroslav Lovric
U.S. Magistrate Judge